UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80833-CIV-DIMITROULEAS

MATTHEW DELUCA, individually and
on behalf of all others similarly situated,

     Plaintiff,

vs.

WRITER, INC.,

     Defendant.

_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal (the "Notice") [DE 6], filed herein on August 16, 2024. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 6] is hereby **APPROVED**.

2. All claims of the individual named Plaintiff, Matthew DeLuca, are **DISMISSED WITH PREJUDICE**; and

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of August 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record